UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

In the Matter of the reassignment of
Civil Cases to the Honorable Miroslav Lovric

ORDER
OF REASSIGNMENT

     **ORDERED** that the following cases are hereby reassigned to the Honorable Miroslav Lovric, U.S. Magistrate Judge.  These cases will remain assigned to the presiding U.S. District Judges:

|     | **Case Number** | **Caption** |
| --- | --- | --- |
| 1)  | 3:17-cv-1206 (DNH/DEP) | LaFever v. Clarke, et al |
| 2)  | 3:17-cv-1315 (LEK/DEP) | Micro Fines Recycling Owego, LLC v. Ferrex Engineering |
| 3)  | 3:17-cv-1322 (FJS/DEP) | Vanguard Graphics LLC, et al v. Hartford Fire Insurance |
| 4)  | 3:18-cv-48 (GTS/DEP) | Cruz v. United Automobile Workers Union Local 2300, et al |
| 5)  | 3:18-cv-154 (MAD/DEP) | CIT Bank, N.A. v. Fox, et al |
| 6)  | 3:18-cv-223 (DNH/DEP) | Buchanan v. Bridgestone Americas, Inc., et al |
| 7)  | 3:18-cv-284 (GTS/DEP) | Vallely v. United Parcel Service, Inc. |
| 8)  | 3:18-cv-285 (DNH/DEP) | Browning v. Norfolk Southern Railway Corp. |
| 9)  | 3:18-cv-288 (DNH/DEP) | Sotak v. Bertoni, et al |
| 10) | 3:18-cv-348 (LEK/DEP) | Zhang, et al v. Hot Pot Restaurant, Inc., et al |
| 11) | 3:18-cv-436 (GLS/DEP) | Ventana DBS, LLC v. The Hayner Hoyt Corp., et al |
| 12) | 3:18-cv-570 (MAD/DEP) | Shabazz v. Johnson City, et al |
| 13) | 3:18-cv-901 (MAD/DEP) | Crute v. Johnson City Police Dept., et al |

**IT IS SO ORDERED.**

Dated: July 1, 2019
Syracuse, New York

Chief U.S. District Judge
Northern District of New York